### ESTATE OF JOHN H. STANS.

No. 3753 — 1872.

COMMUNITY PROPERTY—BEQUEST BY HUSBAND TO WIFE MUST BE SATISFIED OUT OF HUSBAND'S HALF.—Insurance policy, the premiums on which were paid out of the earnings of decedent, a married man, is part of common property of marriage ; and the widow is entitled to one half thereof as survivor of the marriage.

BEQUEST TO WIFE TO BE SATISFIED OUT OF HUSBAND'S SEPARATE ESTATE.—Where the decedent bequeathed to his wife the interest accruing on $4,000 until she should re - marry, she is entitled to be paid such interest from his death until such re - marriage, out of the estate, subject to his testamentary disposition.
Construing sections, C. C., 164, 1366.

*J. M. Burnett,* for petitioner.

*Alonzo Webb,* contra.

This is a petition of the late widow of deceased for partial distribution. The deceased, after his marriage, obtained an endowment life policy of insurance, the premiums on which were paid out of his salary. After his death the amount of policy was received. The will gave his widow the interest of $4,000 until she should re-marry; which has occurred. She now claims that one-half of the insurance money belongs to her as survivor, and that the interest to her re-marriage is to accumulate and be paid out of the other funds of the estate.

HELD, the insurance money is community property, and she is entitled to one-half thereof as survivor, and that the interest is to come from other funds.